IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **RICHARD T. HAWKINS, JR.,** )<br>*Plaintiff,* )<br>) <br>**v.** )<br>)<br>**CAROLYN W. COLVIN,** )<br>**Commissioner of** )<br>**Social Security,** )<br>*Defendant.* ) | **CASE NO. 6:13-CV-00032**<br><br>**ORDER** |

This matter is before me on the parties' Cross Motions for Summary Judgment (docket nos. 11 and 12) and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 16, hereinafter "R&R"). Pursuant to Standing Order 2011 – 17 and 28 U.S.C. § 636(b)(1)(B), the Court referred this matter to the Magistrate Judge for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his R&R, advising this Court to deny Plaintiff's Motion for Summary Judgment and grant the Commissioner's Motion for Summary Judgment. After a review of the record in this case, and no objections having been filed to the R&R within fourteen days of its service upon the parties, I adopt the R&R in its entirety.

Accordingly:

1. The R&R of August 5, 2014 (docket no. 16) is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment (docket no. 11) is hereby **DENIED**;

3. Defendant's Motion for Summary Judgment (docket no. 12) is hereby **GRANTED**;

4. This case is hereby **DISMISSED**.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

Entered this 25th day of August, 2014.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE